1  PETER B. MORRISON (Bar No. 230148)
peter.morrison@skadden.com
2  DOUGLAS A. SMITH (Bar No. 290598)
douglas.smith@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
4  Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
5  Facsimile:  (213) 687-5600

6  Attorneys for Defendant American Apparel, Inc.

7

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12  JAN WILLEM HUBNER and ERIC          )  Case No. 15-2965
RIBNER,                             )
13                                      )  **NOTICE OF ENTRY OF**
                    Plaintiffs,     )  **TEMPORARY RESTRAINING**
14                                      )  **ORDER AGAINST DOV**
        v.                          )  **CHARNEY**
15                                      )
ALLAN MAYER, DAVID                  )
16  DANZIGER, ROBERT GREENE,            )
MARVIN IGELMAN, WILLIAM             )  Hon. Michael W. Fitzgerald
17  MAUER, and AMERICAN APPAREL,        )
INC.,                               )
18                                      )
                    Defendants     )
19                                      )
                                    )
20                                      )

21

22

23

24

25

26

27

28

NOTICE OF ENTRY OF TEMPORARY RESTRAINING ORDER AGAINST DOV CHARNEY

**TO THE COURT:**

After the Court at oral argument today granted Defendant American Apparel, Inc. leave to file this notice, the Company provides the attached June 1, 2015, "Order Granting Plaintiff American Apparel, Inc.'s Motion for a Temporary Restraining Order" in *American Apparel, Inc. v. Charney*, No. 11033-CB, pending in the Delaware Court of Chancery.

Under the order, former American Apparel CEO and Chairman of the Board Dov Charney is, among other things, "temporarily restrained from . . . participating in any way" in this lawsuit, *Hubner, v. Mayer,* No. 15-2965 (C.D. Cal.), unless required by law.

DATED: June 1, 2015

              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

              By: _____/s/ Peter B. Morrison_____
                          Peter B. Morrison
                Attorneys for Defendant American Apparel, Inc.

NOTICE OF ENTRY OF TEMPORARY RESTRAINING ORDER AGAINST DOV CHARNEY

EFiled: May 21 2015 06:27PM EDT
Transaction ID 57278766
Case No. 11033-CB

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

AMERICAN APPAREL, INC.,                )
                                       )
                    Plaintiff,         )
                                       )
            v.                         )        C.A. No. 11033-CB
                                       )
DOV CHARNEY,                           )
                                       )
                    Defendant.         )

## [PROPOSED] ORDER GRANTING PLAINTIFF AMERICAN APPAREL, INC.'S MOTION FOR A TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiff American Apparel, Inc.'s ("American Apparel") Motion for a Temporary Restraining Order (the "Motion") and brief in support thereof,

IT IS HEREBY ORDERED this 1st day of June, 2015, that:

1.    American Apparel's Motion is GRANTED; and

2.    Pending expedited discovery and a hearing on and determination of American Apparel's forthcoming motion for a preliminary injunction, Defendant is temporarily restrained from breaching the terms of the Nomination, Standstill and Support Agreement, entered into by and among American Apparel, Standard General L.P., Standard General Master Fund L.P., P Standard General Ltd. and Dov Charney and dated July 9, 2014 (the "Standstill Agreement"). Specifically, in

accordance with the terms of the Standstill Agreement, Defendant is temporarily restrained from, among other things:

(a) directly or indirectly seeking the removal of any member of American Apparel's board of directors, including, but not limited to, instigating, encouraging, joining, acting in concert *unless required by law,* with or assisting any third party in seeking to do so, or participating in any way in *Hubner, et al. v. Mayer, et al.*, Case No. 15-2965 (C.D. Cal.), *Rodriguez v. Mayer, et al.*, C.A. No. 10944-CB (Del. Ch.) or similar actions currently pending or that are filed while this order remains in effect; and

(b) making or causing to be made to any third party, including, but not limited to, by press release or similar public statement to the press or media or to any analyst, any statement or announcement, whether orally or in writing, that disparages or otherwise negatively reflects upon the Company, its employees, officers or directors or any person who has served as an employee, officer or director of the Company in the past, or who serves on or following the date of the Standstill Agreement as an employee, officer or director of the Company.

*Bond in the amount of $1000.*

2

Chancellor Bouchard

3