Patrice L. Bishop (182256)
service@ssbla.com
STULL, STULL & BRODY
9430 West Olympic Boulevard
Suite 400
Beverly Hills, CA 90212
Tel:   (310) 209-2468
Fax:   (310) 209-2087

Michael J. Klein (Admitted *pro hac vice*)
mklein@ssbny.com
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017
Tel:   (212) 687-7230
Fax:   (212) 490-2022

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JAN WILLEM HUBNER and ERIC RIBNER,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ALLAN MAYER, DAVID DANZIGER, ROBERT GREENE, MARVIN IGELMAN, WILLIAM MAUER, AND AMERICAN APPAREL, INC.,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-02965-MWF (JEMx)<br><br>**STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>**[Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)]**<br><br>Judge:   Hon. Michael W. Fitzgerald<br>Ctrm:    1600-16th Floor, Spring St. |

NAI-1500394034v2

Pursuant to Fed. R. of Civ. P. 41(a)(1)(A)(ii), the parties, by their undersigned counsel, hereby stipulate to dismiss this action in its entirety with prejudice.

WHEREAS, on June 8, 2015, this Court issued its Civil Minutes – General (Dkt. No. 35, the "Order") denying Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 14);

WHEREAS, the Order stated that "Ninth Circuit law, and the law from other circuits, make clear that loss causation is required to maintain an action under § 14(a) regardless of the relief sought." Order at 10. The Order also provided that "[w]hile Plaintiffs' reading of the statute is not frivolous, it is not sufficient to overcome directly relevant Ninth Circuit precedent that is binding on this Court." *Id.* at 11;

WHEREAS, Defendants' time to answer or otherwise respond to Plaintiffs' Complaint (Dkt. No. 1, the "Complaint") expires on June 23, 2015 (*see* Dkt. Nos. 19, 30);

WHEREAS, Defendant American Apparel, Inc. has informed the Court that it intends to move to dismiss the Complaint, and the other Individual Defendants also anticipate moving to dismiss the Complaint (Dkt. No. 26 at 1:21-23);

WHEREAS, without dismissal of this action prior to June 23, 2015, by way of this stipulation, Defendants confirm that they intend to file motions to dismiss the Complaint;

WHEREAS, in light of this Court's ruling on loss causation, Plaintiffs do not believe their claims would survive a motion to dismiss the Complaint;

WHEREAS, Plaintiffs intend to appeal the Order's holding as to loss causation, as Plaintiffs believe is permitted under *Berger v. Home Depot USA, Inc.*, 741 F.3d 1061, 1066 (9th Cir. 2014);

WHEREAS, Plaintiffs believe a stipulated dismissal at this time will preserve judicial resources and resources of the parties;

1  WHEREAS, by entering this stipulation, Defendants do not concede that Plaintiffs' interpretation of *Berger* is correct and reserve all rights in this regard;

3  WHEREAS, by entering into this stipulation, Defendants do not intend to and do not waive, and do expressly reserve, any and all arguments or rights they have in connection with Plaintiffs' anticipated appeal, including, but not limited to, opposing the appeal on any and all grounds;

7  WHEREAS, should the case be remanded to the district court following appeal, Defendants do not intend to and do not waive, and do expressly reserve, any and all arguments or rights they have at the district court level, including, but not limited to, the right to move to dismiss Plaintiffs' claims.

**IT IS THEREFORE STIPULATED AND AGREED THAT:**

This action shall be dismissed with prejudice in its entirety. The parties request the Court promptly issue judgment accordingly.

By entering into this stipulation, Defendants do not intend to and do not waive, and do expressly reserve, any and all arguments or rights they have in connection with Plaintiffs' anticipated appeal, including, but not limited to, opposing the appeal on any and all grounds.

Should the case be remanded to the district court following appeal, Defendants do not intend to and do not waive, and do expressly reserve any and all arguments or rights they have at the district court level, including, but not limited to, the right to move to dismiss Plaintiffs' claims.

                                      Patrice L. Bishop
                                      STULL, STULL & BRODY

June 18, 2015                       s/ Patrice L. Bishop
                                      Patrice L. Bishop
                                      9430 West Olympic Boulevard
                                      Suite 400
                                      Beverly Hills, CA 90212
                                      Tel:   (310) 209-2468
                                      Fax:  (310) 209-2087
                                      service@ssbla.com

NAI-1500394034v2

|   |   |   |
|---|---|---|
| 1 |  | Michael J. Klein |
| 2 |  | Stull, Stull & Brody |
|   |  | 6 East 45th Street |
| 3 |  | New York, NY 10017 |
|   |  | Tel:   (212) 687-7230 |
| 4 |  | Fax:   (212) 490-2022 |
|   |  | mklein@ssbny.com |

*Counsel for Plaintiffs*

Peter B. Morrison
Douglas A. Smith
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

June 18, 2015           s/ Peter B. Morrison
Peter B. Morrison
300 South Grand Avenue
Los Angeles, CA  90071-3144
Tel:   (213) 687-5000
Fax:   (213) 687-5600
peter.morrison@skadden.com
douglas.smith@skadden.com

*Counsel for Defendant American Apparel, Inc.*

Eric Landau
Travis Biffar
JONES DAY

June 18, 2015           s/ Eric Landau
Eric Landau
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Tel:   (949) 851-3939
Fax:   (949) 553-7539
elandau@jonesday.com
tbiffar@jonesday.com

*Counsel for Individual Defendants Allan Mayer, David Danziger, Robert Greene, Marvin Igelman and William Mauer*

NAI-1500394034v2

3

1  Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Patrice L. Bishop, attest that all other
2  signatories listed, and on whose behalf the filing is submitted, concur in the filing's
3  content and have authorized the filing.

/s/ Patrice L. Bishop
Patrice L. Bishop

NAI-1500394034v2